AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

CHARLIE DALE STAGGS,

     Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER: **3:04-cv-00616-PMP-VPC**

CRAIG FARWELL, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner's #18 Amended Petition for Writ of Habeas Corpus is DENIED. Judgment in favor of Respondents, Craig Farwell, et al., and against Petitioner, Charlie Dale Staggs.

    March 11, 2008                           **LANCE S. WILSON**
                                                       Clerk

                                                  /s/ Kalani Lizares
                                                   Deputy Clerk